**Efren CUEVAS, Plaintiff–Appellant,**

v.

**Larry G. MASSANARI, Acting Commissioner of the Social Security Administration,* Defendant–Appellee.**

No. 00–16387.
D.C. No. CV–97–00233–RCB.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 5, 2001.**

Decided Nov. 13, 2001.

Before KLEINFELD, McKEOWN, and FISHER, Circuit Judges.

MEMORANDUM ***

Efren Cuevas appeals the district court's order denying in part his motion for attor-

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

* Larry G. Massanari, Acting Commissioner of Social Security, is substituted as the defen-

dant-appellee, in place of Kenneth S. Apfel. *See* Fed. R.App. P. 43(c)(1).

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

ney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). We have jurisdiction under 28 U.S.C. § 1291 and review for an abuse of discretion an award of attorney's fees under the Equal Access to Justice Act. *Mendenhall v. NTSB*, 213 F.3d 464, 470 (9th Cir.2000). We affirm for the reasons stated in the district court's order filed on May 15, 2000.

**AFFIRMED.**

---

* Because we unanimously find this case suitable for decision without oral argument, we deny Freure's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.